# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SHAMEKA SCOTT**                                                                                 **PLAINTIFF**

**V.**                            **NO. 3:14CV91-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Plaintiff Shameka Scott's appeal is denied and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

So ordered, this 30th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE